**James J. LAUGHLIN, Appellant,**

v.

**UNITED STATES of America,**
**Appellee.**

**No. 20327.**

United States Court of Appeals
District of Columbia Circuit.

Argued April 14, 1967.

Decided July 28, 1967.

Petition for Rehearing En Banc Denied
Dec. 26, 1967.

Mr. James J. Laughlin, Washington, D. C., appellant pro se.

Mr. James A. Strazzella, Asst. U. S. Atty., with whom Messrs. David G. Bress, U. S. Atty., and Frank Q. Nebeker and Harold J. Sullivan, Asst. U. S. Attys., were on the brief, for appellee.

Before WRIGHT, McGOWAN and LEVENTHAL, Circuit Judges.

PER CURIAM:

Appellant was convicted of perjury, 18 U.S.C. § 1621, and sentenced to 20 months to five years, to run concurrently with two other concurrent 20 months to five years sentences imposed in a companion case, Laughlin v. United States, 128 U.S.App.D.C. ——, 385 F.2d 287, affirmed today. We have carefully studied the various points raised on this appeal. We find them all without merit.

Affirmed.